UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| JHONY ARAUCO-LAPA,<br><br>    Plaintiff,<br><br>  vs.<br><br>OLIVER WENTZ and JOANNA WENTZ, dba WENTZ RANCH,<br><br>    Defendants. | Case No. 2:18-cv-00095-SU<br><br>STIPULATION TO ENTRY OF JUDGMENT OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with all claims in the above matter having been fully compromised and settled, the parties through their undersigned counsel hereby stipulate to entry of a judgment of dismissal of the above action, with prejudice, and without costs or attorney fees to any party.

DATED this 7th   day of October, 2019

| | |
|---|---|
| LEGAL AID SERVICES OF OREGON | BARRAN LIEBMAN, LLP |
| s/Brenda M. Bradley<br>Brenda M. Bradley, OSB #060453 | s/Chris M. Morgan<br>Chris M. Morgan, OSB #175384 |
| Of Attorneys for Plaintiff | Of Attorneys for Defendants |

Page  1  –    STIPULATION TO ENTRY OF JUDGMENT OF DISMISSAL